# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Cathy L. Waldor |
| v. | : Mag. No. 13-7271 (CLW) |
| JOSE MARTE and<br>BRENDA LINETTE SAINZ | : <u>ORDER FOR CONTINUANCE</u> |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Danielle M. Corcione, Assistant United States Attorney), and defendant BRENDA LINETTE SAINZ (Alexander W. Booth, appearing), for an order granting a continuance of the proceedings in the above-captioned matter from the date this order is signed through and including March 31, 2014 to allow the parties to conduct plea negotiations and two prior continuance orders having been entered by the Court pursuant to Title 18, United States Code, Section 3161(h)(7)(A), so that the parties can attempt to resolve the matter and thereby avoid a possible trial, and the defendant being aware that she has the right to have the matter submitted to a grand jury within thirty days of the date of his arrest pursuant to Title 18, United States Code, Section 3161(b), and the defendant having consented to the continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are underway, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

(2) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of

justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.

IT IS, therefore, on this 10th day of February 2014

ORDERED that this action be, and it hereby is, continued from the date this order is signed through and including March 31, 2014; and it is further

ORDERED that the period from the date this order is signed through and including March 31, 2014 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. CATHY L. WALDOR
United States Magistrate Judge

Form and entry consented to:

_____
Danielle M. Corcione
Assistant United States Attorney

_____
Lisa Colone
Chief, General Crimes Unit

_____
Alexander W. Booth, Esq.
Counsel for Brenda Linette Sainz